## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

|  |  |
|---|---|
| PAUL PAYNE, GLENDALY FELIX, TYRONE HENDRICKSON, ANNETH EVELYN and NANCY PAULINA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAROLINE FAWKES, in her Individual Capacity, and in her Capacity as Supervisor of Elections for the U.S.V.I., and the JOINT V.I. BOARD OF ELECTIONS,<br><br>　　　　　Defendant. | Civil Action No. 2014-053 |
| SENATOR ALICIA "CHUCKY" HANSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLINE FAWKES, in her Individual Capacity, and in her Capacity as Supervisor of Elections for the U.S.V.I., and the JOINT V.I. BOARD OF ELECTIONS,<br><br>　　　　　Defendant. | Civil Action No. 2014-055 |

**Attorneys:**
**Lee J. Rohn, Esq.,**
**Rhea Lawrence, Esq.,**
St. Croix, U.S.V.I.
　　*For the Plaintiffs*

**Carol Thomas-Jacobs, Esq.,**
St. Croix, U.S.V.I.
　　*For the Defendants*

## TEMPORARY RESTRAINING ORDER

**UPON CONSIDERATION** of Plaintiffs' request for a Temporary Restraining Order (1:14-cv-0053, Dkt. No. 1; 1:14-cv-0055, Dkt. No. 1); Plaintiffs' supplemental briefs (1:14-cv-0053, Dkt. Nos. 13, 15); Defendants' supplemental brief (1:14-cv-0055, Dkt. No. 9); the hearing held in this matter on September 10, 2014; and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiffs' request for a Temporary Restraining Order is **GRANTED**; and it is further

**ORDERED** that Defendants are directed to place Senator Alicia "Chucky" Hansen's name on the ballot for the upcoming November 4, 2014 general election; and it is further

**ORDERED** that that this Temporary Restraining Order shall remain in effect up to and including **September 26, 2014**; and it is further

**ORDERED** that the parties shall advise the Court by written notice, filed no later than **5:00 p.m. on September 12, 2014,** whether they request the opportunity for additional briefing and/or oral argument in this matter; and it is further

**ORDERED** that, in the absence of further written and/or oral submissions from the parties, the Court will base its decision regarding a Permanent Injunction and final declaratory relief on the filings currently before the Court and the arguments presented at the September 10, 2014 hearing; and it is further

**ORDERED** that the Federal Rule of Civil Procedure 65(c) security requirement is **WAIVED.**

**SO ORDERED.**

Date: September 12, 2014 _____/s/_____
WILMA A. LEWIS
Chief Judge